CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Plaintiff
NORTH FORK RANCHERIA OF MONO
INDIANS OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA,<br><br>          Defendant. | Case No. 15-cv-00419<br><br><br><br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------X

**North Fork Rancheria of Mono Indians,**

                PLAINTIFF(S),

v.

**State of California,**

                DEFENDANT(S).

-----------------------------------------------------------------X

Case Nos. 1:15-CV-00419--SAB
Hon. Stanley A. Boone

**STATE OF CALIFONRIA)**

**COUNTY OF SACRAMENTO)**

Michael Thompson being duly sworn, deposes and says:

I am over eighteen years of age and I am not a party to this action. I am a licensed Federally Registered Process Server in the County of Sacramento, License # 2014-53.

That on the 18th day of March 2015, at 12:43 pm, I served a copy of the summons and complaint and exhibits attached thereto, and the order setting mandatory scheduling conference upon C. Her, the Department of Justice Officer who is authorized to accept service on behalf of the Office of the Attorney General, at 1300 I Street, Sacramento, California 95814.

C. Her is described as follows: A male with white skin, black hair, about the age of 45 years, weighing approximately 150 pounds and approximately 5'0 to 5'6 in height.

                                                                               _____
                                                                               Process Server/Date

Sworn to before me this
19th day of March 2015

_____
Notary Public

CHASTITY V. SANCHEZ
COMM. # 1986217
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JULY 26, 2016