KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARA J. DRAKE, State Bar No. 102565
Senior Assistant Attorney General
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-5184
  Fax: (916) 323-2319
  E-mail: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendant State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,**<br><br>                             Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA,**<br><br>                             Defendant. | Case No. 1:15-cv-00419-AWI-SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR STATE OF CALIFORNIA'S RESPONSE TO COMPLAINT**<br><br>Judge:       Honorable Stanley A. Boone<br>Trial Date:<br>Action Filed:  March 17, 2015 |

     Plaintiff North Fork Rancheria of Mono Indians of California (North Fork), and Defendant State of California (State), by and through their respective attorneys, hereby stipulate to the following extension of time for the State's response to North Fork's Complaint, Doc. 1, filed March 17, 2015, in this matter (Complaint):

     1)    Pursuant to Local Rule 144, subdivision (a), the due date for the State's responsive pleading to the Complaint shall be extended by 28 days, from April 8, 2015, to May 6, 2015.

IT IS SO STIPULATED.

Dated: March 27, 2015                          Respectfully submitted,

                                               KAMALA D. HARRIS
                                               Attorney General of California
                                               SARA J. DRAKE
                                               Senior Assistant Attorney General


                                               /s/ TIMOTHY M. MUSCAT


                                               TIMOTHY M. MUSCAT
                                               Deputy Attorney General
                                               *Attorneys for Defendant State of California*


Dated: March 27, 2015                          WILMER CUTLER PICKERING
                                               HALE AND DORR LLP

                                               /s/ CHRISTOPHER E. BABBITT


                                               CHRISTOPHER E. BABBITT
                                               *Attorneys for Plaintiff North Fork Rancheria of Mono Indians of California*


Dated: March 27, 2015                          MAIER PFEFFER KIM GEARY
                                               & COHEN, LLP

                                               /s/ JOHN A. MAIER


                                               JOHN A. MAIER
                                               *Attorneys for Plaintiff North Fork Rancheria of Mono Indians of California*

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND ORDER EXTENDING TIME FOR
STATE OF CALIFORNIA'S RESPONSE TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 27, 2015, at Sacramento, California.

| PAULA CORRAL | /s/ PAULA CORRAL |
|---|---|
| Declarant | Signature |

11815564.doc