CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Plaintiff
NORTH FORK RANCHERIA OF MONO
INDIANS OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 15-cv-00419<br><br><br><br>**PROOF OF SERVICE OF SCHEDULING ORDER** |
|---|---|

1   I hereby certify that, on March 27, 2015, I served a copy of the Court's Order
2 Setting Mandatory Scheduling Conference (Dkt. No. 3), on the State of California's
3 attorney, Timothy Muscat, via e-mail.

6   DATED:  March 31, 2015          Respectfully submitted,

                                    By:    /s/ Christopher E. Babbitt

                                    Attorneys for THE NORTH FORK RANCHERIA
                                    OF MONO INDIANS, CALIFORNIA

**Proof of Service**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 15-cv-00419<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on March 31, 2015, I electronically filed the foregoing Proof of Service of Scheduling Order with the Clerk of the Court for the U.S. District Court for the Eastern District of California using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

*/s/ Christopher E. Babbitt*

CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com