UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NORTH FORK RANCHERIA OF MONO INDIANS ,
    Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 1:15-CV-00419----SAB

STATE OF CALIFORNIA ,
    Defendant(s)/Respondent(s).

---

### IMPORTANT

IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☐ **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____    Signature: _____

Print Name: _____

( ) Plaintiff/Petitioner  ( ) Defendant/Respondent

Counsel for _____

---

☒ **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: April 13, 2015    Signature: /s/ Christopher E. Babbitt

Print Name: CHRISTOPHER E. BABBITT

(☒) Plaintiff/Petitioner  ( ) Defendant/Respondent

Counsel for NORTH FORK RANCHERIA OF MONO INDIANS

---

*If representing more than one party, counsel must indicate the name of each party responding.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA,<br><br>              Defendant. | Case No. 15-cv-00419<br><br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that, on April 13, 2015, I electronically filed the foregoing Decline of Jurisdiction of United States Magistrate Judge with the Clerk of the Court for the U.S. District Court for the Eastern District of California using the CM/ECF system, which sent notification of such filing to counsel of record in this case.


              */s/ Christopher E. Babbitt*


   CHRISTOPHER E. BABBITT (SBN 225813)
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   1875 Pennsylvania Avenue, N.W.
   Washington, D.C.  20006
   Telephone:  (202) 663-6000
   Facsimile:  (202) 663-6363
   E-mail: christopher.babbitt@wilmerhale.com