# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | **Case No.  1: 15-cv-00419-AWI-SAB**<br><br>**SCHEDULING ORDER (Fed.R.Civ.P 16)**<br><br>**Motion re Administrative Record Deadlines:**<br><br>Motion for Judgment on the Pleadings Deadline:<br><br>Plaintiff's Motion for Judgment on the Pleadings: August 17, 2015<br><br>Defendant's Opposition and Cross Motion for Judgment on the Pleadings:  September 17, 2015<br><br>Plaintiff's Opposition and Reply:  October 8, 2015<br><br>Defendant's Reply October 29, 2015 |

## I.     Date of Scheduling Conference

The Scheduling Conference was held on July 21, 2015.

## II.    Appearances of Counsel

Counsel Christopher Babbitt appeared telephonically on behalf of Plaintiff.

Counsel Timothy Muscat appeared telephonically on behalf of Defendant.

### III. Consent to Magistrate Judge

Pursuant to 28 U.S.C. § 636(c), to the parties who have not consented to conduct all further proceedings in this case, including trial,[1] before United States Magistrate Judge Stanley A. Boone, you should be informed that because of the pressing workload of United States district judges and the priority of criminal cases under the United States Constitution, you are encouraged to consent to magistrate judge jurisdiction in an effort to have your case adjudicated in a timely and cost effective manner.

Presently, when a civil trial is set before Judge Ishii, any criminal trial set which conflicts with the civil trial will take priority, even if the civil trial was set first. Continuances of civil trials under these circumstances may no longer be entertained, absent a specific and stated finding of good cause, but the civil trial may instead <u>trail</u> from day to day or week to week until the completion of either the criminal case or the older civil case.

The parties are advised that they are free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

### IV. Discovery Plan

As this action will be decided on the administrative record, the parties will not be conducting discovery.

### V. Dispositive Pre-Trial Motions

This case will be decided on cross motions for judgment on the pleadings. The Court sets the following briefing schedule with oral argument to be heard before Judge Anthony W. Ishii.

Plaintiff's motion for judgment on the pleadings shall be filed by **August 17, 2015**. Defendant's opposition and cross motion for judgment on the pleadings shall be filed by **September 17, 2015**. Plaintiff's opposition and reply shall be filed by **October 8, 2015**. Defendant's reply shall be filed by **October 29, 2015**. The parties shall set a hearing on the

---

[1] Except those proceedings delegated to the United States magistrate judges by 28 U.S.C. § 636(b) and the district judges by the Local Rules for the Eastern District of California.

2

motion before District Judge Anthony W. Ishii.

## VI. Compliance with Federal Procedure

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of California.

Additional requirements and more detailed procedures for courtroom practice before United States Magistrate Judge Stanley A. Boone can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB). In the area entitled "Case Management Procedures," there is a link to "Standard Information." All parties and counsel shall comply with the guidelines set forth therein.

## XIV.  Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested. The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California, Fresno Division, that stipulations to continue set dates are disfavored and will not be granted absent good cause.**

**Lastly, should counsel or a party appearing pro se fail to comply with the directions**

**as set forth above, an ex parte hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered.**

IT IS SO ORDERED.

Dated:  **July 22, 2015**

UNITED STATES MAGISTRATE JUDGE