IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA,**<br><br>Defendant.<br><br>**CHOWCHILLA (CHAUSHILHA) TRIBE OF YOKUTS,**<br><br>Intervenor. | 1:15-cv-00419-AWI-SAB<br><br>**DECLARATION OF R. LEE FLEMING IN SUPPORT OF DEFENDANT'S OPPOSITION TO CHOWCHILLA TRIBE OF YOKUTS' MOTION TO INTERVENE**<br><br>Date:         August 17, 2015<br>Time:         1:30 p.m.<br>Courtroom:    2<br>Magistrate Judge: Honorable Stanley A. Boone<br>Trial Judge: Honorable Anthony W. Ishii<br><br>Trial Date:<br>Action Filed:  March 17, 2015 |

I, R. Lee Fleming, declare as follows:

1. I am the Director of the Office of Federal Acknowledgment within the Office of the Assistant Secretary – Indian Affairs at the United States Department of the Interior.

1

2. The Chowchilla (Chaushilha) Tribe of Yokuts ("Group") is not a federally recognized tribe in the contiguous 48 states and Alaska. The Group's name or title does not appear within the most recent list entitled: Indian Entities Recognized and Eligible to Receive Services from the United States Bureau of Indian Affairs, dated January 14, 2015, and published in the Federal Register on that date (80 Fed. Reg. 1942); nor has the Group ever appeared on that list. The Group is not recognized by the Federal government as an Indian or tribal entity.

3. In order to be recognized by the Department of the Interior as an Indian or tribal entity, the Group must comply with Part 83 of Title 25 of the Code of Federal Regulations, which are the procedures for establishing that an American Indian group exists as an Indian tribe. Those procedures provide that to become federally recognized, the Group must send a Letter of Intent to the Assistant Secretary – Indian Affairs within the United States Department of the Interior stating the Group's intent to submit a Documented Petition. Following a Letter of Intent by the Group, it must then provide a Documented Petition to commence the petitioning process to become a federally recognized Indian or tribal entity.

4. The Office of Federal Acknowledgment within the Office of the Assistant Secretary – Indian Affairs at the United States Department of the Interior has not received a Letter of Intent from the Chowchilla (Chaushilha) Tribe of Yokuts indicating its desire to become federally recognized. Additionally, the Group has not provided a Documented Petition to start the petitioning process. Furthermore, my staff searched the 050 General File for California and the Office of Federal Acknowledgment's Mail Log and did not find any contact between the described Group and the Office of Federal Acknowledgment within the Office of the Assistant Secretary – Indian Affairs at the United States Department of the Interior.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of July, 2015, at Washington, D.C.

*[signature]*
R. LEE FLEMING, Declarant