# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | North Fork Rancheria, et al. v. State of California | No. | 1:15-cv-00419-AWI-SAB |

I hereby certify that on **August 3, 2015**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

    **DEFENDANT'S OPPOSITION TO CHOWCHILLA TRIBE OF YOKUTS' MOTION TO INTERVENE**

    **DECLARATION OF R. LEE FLEMING IN SUPPORT OF DEFENDANT'S OPPOSITION TO CHOWCHILLA TRIBE OF YOKUTS' MOTION TO INTERVENE**

    **DECLARATION OF LINDA THORPE IN SUPPORT OF DEFENDANT'S OPPOSITION TO CHOWCHILLA TRIBE OF YOKUTS' MOTION TO INTERVENE**

I certify participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 3, 2015**, at Sacramento, California.

| Timothy M. Muscat | /s Timothy M. Muscat |
|---|---|
| Declarant | Signature |