CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Plaintiff
THE NORTH FORK TRIBE OF MONO INDIANS OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 15-cv-00419<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS BY PLAINTIFF THE NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA**<br><br>Date:  November 9, 2015<br>Time:  1:30 p.m.<br>Department:  2<br>Judge:  The Honorable Anthony W. Ishii<br>Action Filed:  March 17, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on November 9, 2015, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Anthony W. Ishii, United States District Judge for the Eastern District of California, Department 2, located at 2500 Tulare Street, 8th Floor, Fresno, California 93701, Plaintiff The North Fork Rancheria of Mono Indians of California's Motion for Judgment on the Pleadings will be heard.

The North Fork Rancheria of Mono Indians of California ("North Fork" or "the Tribe") makes this motion pursuant to Federal Rule of Civil Procedure 12(c).  The Tribe moves for judgment on the pleadings because the material facts are undisputed.  The Tribe seeks a declaration that Defendant State of California ("the State") has failed to negotiate in good faith to enter into a Tribal-State compact in violation of the Indian Gaming Regulatory Act ("IGRA"), 25 U.S.C. § 2710(d)(3)(A), and an order that the State and the Tribe shall therefore conclude such a compact within a 60-day period, *see id.* § 2710(d)(7)(B)(iii), failing which a compact will be selected by a mediator, *see id.* § 2710(d)(7)(B)(iv), or the Secretary of the Interior shall prescribe the procedures under which the Tribe may conduct gaming on its Indian land, *see id.* § 2710(d)(7)(B)(vii).

This Motion is brought on the grounds that:

(1) The State's refusal to recognize the August 31, 2012 compact with North Fork, which the Governor executed in August 2012 and the Legislature ratified in June 2013, based on the results of a November 2014 referendum, violates the State's duty to negotiate in good faith "to conclude a Tribal-State compact governing the conduct of gaming activities by the Tribe, 25 U.S.C. § 2710(d)(7)(B)(iii); and

(2) The State's outright refusal to negotiate a new compact in the wake of the November 2014 referendum also violates the State's obligation "to negotiate in good faith with the Indian tribe," 25 U.S.C. § 2710(d)(7)(B)(iii).

This Motion is based upon this Notice, the Tribe's Complaint, the State's Answer, and the Tribe's Memorandum in Support of the Motion for Judgment on the Pleadings.

| | | |
|---|---|---|
| 1 | DATED:  August 17, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  /s/ *Christopher E. Babbitt* |
| 4 | | |
|   | | CHRISTOPHER E. BABBITT (SBN 225813) |
| 5 | | WILMER CUTLER PICKERING |
|   | |   HALE AND DORR LLP |
| 6 | | 1875 Pennsylvania Avenue, N.W. |
|   | | Washington, D.C.  20006 |
| 7 | | Telephone:  (202) 663-6000 |
|   | | Facsimile:  (202) 663-6363 |
| 8 | | E-mail: christopher.babbitt@wilmerhale.com |
| 9 | | |
|   | | JOHN A. MAIER (SBN 191416) |
| 10 | | MAIER PFEFFER KIM GEARY & COHEN LLP |
|   | | 1440 Broadway, Suite 812 |
| 11 | | Oakland, CA  94612 |
|   | | Telephone:  (510) 835-3020 |
| 12 | | Facsimile:  (510) 835-3040 |
|   | | E-mail: jmaier@jmandmplaw.com |
| 13 | | |
| 14 | | Attorneys for Plaintiff THE NORTH FORK TRIBE OF MONO INDIANS OF CALIFORNIA |

- 2 -
NORTH FORK'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE NORTH FORK TRIBE OF MONO INDIANS OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 15-cv-00419<br><br>**CERTIFICATE OF SERVICE** |

　　I hereby certify that, on August 17, 2015, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Eastern District of California using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher E. Babbitt*

　　　　　　　　　　　　　　　　　CHRISTOPHER E. BABBITT (SBN 225813)
　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20006
　　　　　　　　　　　　　　　　　Telephone:  (202) 663-6000
　　　　　　　　　　　　　　　　　Facsimile:  (202) 663-6363
　　　　　　　　　　　　　　　　　E-mail: christopher.babbitt@wilmerhale.com