CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Plaintiff
THE NORTH FORK TRIBE OF MONO INDIANS OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 15-cv-00419<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF THE NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

1   Upon consideration of Plaintiff The North Fork Rancheria of Mono Indians of
2   California's Motion for Judgment on the Pleadings, and finding good cause for the relief
3   requested therein:

4   **IT IS HEREBY ORDERED** that Plaintiff The North Fork Rancheria of Mono Indians
5   of California's Motion for Judgment on the Pleadings is **GRANTED**; and **IT IS FURTHER**
6   **ORDERED** pursuant to 25 U.S.C. § 2710(d)(7)(B)(iii) that the State of California (the State)
7   and the North Fork Rancheria of Mono Indians of California ("North Fork" or "the Tribe") shall
8   conclude a Tribal-State compact governing the conduct of gaming activities within a 60-day
9   period.  If the State and the Tribe fail to conclude such a compact within the 60-day period, the
10  State and Tribe shall each submit to a mediator to be appointed by this Court a proposed compact
11  that represents their last, best offer for a compact, pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).
12  The mediator shall select from the two proposed compacts the one which best comports with the
13  terms of the Indian Gaming Regulatory Act and any other applicable federal law and with the
14  findings and order of this Court, pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  If the State does not
15  consent to the compact selected by the mediator within a 60-day period beginning on the date
16  that the mediator submits the compact to the State, the mediator shall notify the Secretary of the
17  Interior, who shall prescribe, in consultation with the Tribe, the procedures under which the
18  Tribe may conduct gaming on its Indian lands, pursuant to 25 U.S.C. § 2710(d)(7)(B)(vii).  The
19  Court shall retain jurisdiction over this matter to ensure compliance with this Order.

23  Dated: _____                    _____

                                              Anthony W. Ishii

                                              United States District Judge.

[PROPOSED] ORDER GRANTING NORTH FORK'S MOTION FOR JUDGMENT ON THE PLEADINGS

DATED:  August 17, 2015  Respectfully submitted,

By:  /s/ Christopher E. Babbitt

CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Plaintiff THE NORTH FORK TRIBE OF MONO INDIANS OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE NORTH FORK TRIBE OF MONO INDIANS OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA,<br><br>          Defendant. | Case No. 15-cv-00419<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on August 17, 2015, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Eastern District of California using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                    */s/ Christopher E. Babbitt*

          CHRISTOPHER E. BABBITT (SBN 225813)
          WILMER CUTLER PICKERING
            HALE AND DORR LLP
          1875 Pennsylvania Avenue, N.W.
          Washington, D.C.  20006
          Telephone:  (202) 663-6000
          Facsimile:  (202) 663-6363
          E-mail: christopher.babbitt@wilmerhale.com

[PROPOSED] ORDER GRANTING NORTH FORK'S MOTION FOR JUDGMENT ON THE PLEADINGS