KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARA J. DRAKE, State Bar No. 102565
Senior Assistant Attorney General
NEIL D. HOUSTON, State Bar No. 168058
WILLIAM P. TORNGREN, State Bar No. 58493
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-5184
  Fax: (916) 323-2319
  E-mail: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendant State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 1:15-cv-00419-AWI-SAB<br><br>NOTICE OF MOTION AND MOTION FOR DEFENDANT STATE OF CALIFORNIA'S OPPOSITION AND CROSS MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Date: November 9, 2015<br>Time: 1:30 p.m.<br>Courtroom: 2<br>Judge: Honorable Anthony W. Ishii<br>Action Filed: March 17, 2015 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on November 9, 2015, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Anthony W. Ishii, United States District Judge for the Eastern District of California, Department 2, located at 2500 Tulare Street, 8th Floor, Fresno, California 93701, Defendant State of California's Cross Motion for Judgment on the Pleadings will be heard. Defendant State of California (State) makes this motion pursuant to

1

Federal Rule of Civil Procedure 12(c). The State moves for judgment on the pleadings because the material facts are undisputed, and even if all material facts in the Complaint filed by Plaintiff North Fork Rancheria of Mono Indians of California (North Fork or Tribe) are true, the State is entitled to judgment as a matter of law.

This Motion is brought on the grounds that:

(1) The Tribe's Complaint fails to state facts sufficient to constitute a claim for relief under the Indian Gaming Regulatory Act (IGRA); (2) No provision of IGRA compels the people of the State of California to forego exercising their reserved power of initiative and referendum under the California Constitution; (3) the Tribe's claims for relief would interfere with a fundamental attribute of the State's sovereignty and thus, be inconsistent with, and in violation of, the Tenth Amendment to the United States Constitution; and (4) the Court lacks subject matter jurisdiction because the Tribe's Complaint is barred by the Eleventh Amendment to the United States Constitution in that IGRA does not abrogate the State's sovereign immunity under the facts alleged in the Complaint.

This Motion is based upon this Notice, the Tribe's Complaint, the State's Answer, and the State's memorandum of points and authorities in support of its motion for judgment on the pleadings.

Dated: September 17, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
NEIL D. HOUSTON,
WILLIAM P. TORNGREN,
Deputy Attorneys General

/s/ TIMOTHY M. MUSCAT

TIMOTHY M. MUSCAT
Deputy Attorney General
*Attorneys for Defendant State of California*

SA2015102399
32210549.doc

2

Notice of Motion and Motion for Defendant State of California's Opposition and Cross Motion for Judgment on the Pleadings (15-cv-00419)