1  KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2  SARA J. DRAKE, State Bar No. 102565
Senior Assistant Attorney General
3  NEIL D. HOUSTON, State Bar No. 168058
WILLIAM P. TORNGREN, State Bar No. 58493
4  TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorney General
5    1300 I Street, Suite 125
P.O. Box 944255
6    Sacramento, CA 94244-2550
Telephone: (916) 322-5184
7    Fax: (916) 323-2319
E-mail: Timothy.Muscat@doj.ca.gov
8  *Attorneys for Defendant State of California*

9

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  **NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,** | **Case No.  1:15-cv-00419-AWI-SAB** |
| 14                                    Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT STATE OF CALIFORNIA'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 15          v. | |
| 16  **STATE OF CALIFORNIA,** | Date:  November 9, 2015 |
| 17                                    Defendant. | Time:  1:30 p.m.<br>Courtroom:  2<br>Judge:  Honorable Anthony W. Ishii<br>Action Filed:  March 17, 2015 |

21

22        Upon consideration of Defendant State of California's motion for judgment on the

23  pleadings, and finding good cause for the relief requested therein:

24        IT IS HEREBY ORDERED that Defendant State of California's motion for judgment on

25  the pleadings is GRANTED.  After careful study, the Court finds that (1) the complaint filed by

26  Plaintiff North Fork Rancheria of Mono Indians of California (North Fork or Tribe) fails to state

27  facts sufficient to constitute a claim for relief under the Indian Gaming Regulatory Act (IGRA);

28  (2) No provision of IGRA compels the people of the State of California (State) to forego

1

1  exercising their reserved power of initiative and referendum under the California Constitution; (3)

2  the Tribe's claims for relief would interfere with a fundamental attribute of the State's

3  sovereignty and thus, be inconsistent with, and in violation of, the Tenth Amendment to the

4  United States Constitution; and (4) the Court lacks subject matter jurisdiction because the Tribe's

5  complaint is barred by the Eleventh Amendment to the United States Constitution in that IGRA

6  does not abrogate the State's sovereign immunity under the facts alleged in the complaint.

7  Accordingly, the Tribe's complaint is dismissed, judgment is entered in the State's behalf, and the

8  State shall recover its costs of suit incurred in defending this action.

9  Dated:  November ___, 2015

10
                                                    _____
11                                                  HONORABLE ANTHONY W. ISHII
                                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2