# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA**, <br><br> Defendant. | 1:15-cv-00419-AWI-SAB <br><br> **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ORDER THE PARTIES TO MEDIATION PURSUANT TO 25 U.S.C. § 2710(d)(7)(B)(iv)** |

On November 13, 2015, the Court determined that the State failed to enter into negotiations with North Fork for the purpose of entering into a Tribal-State compact within the meaning of 25 U.S.C. § 2710. It therefore ordered the parties to conclude a compact within 60 days of the date of that order. *See* 25 U.S.C. § 2710(d)(7)(B)(iii). That statutorily prescribed 60-day period expired on January 12, 2016. If the parties failed to conclude a compact, the Court must select a mediator and order the State and the Tribe to each submit "a proposed compact that represents their last best offer for a compact." 25 U.S.C. § 2710(d)(7)(B)(iv). The Court has been provided with no indication that a compact has been concluded. Accordingly, the parties are each ORDERED TO SHOW CAUSE by January 15, 2016, why the Court should not select a mediator and require the parties to submit their last best offers.

IT IS SO ORDERED.

Dated: __January 13, 2016__                    _____
                                                SENIOR DISTRICT JUDGE

1