IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA**, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>**STATE OF CALIFORNIA**, <br><br>　　　　Defendant. | 1:15-cv-00419-AWI-SAB <br><br> **ORDER TENTATIVELY SELECTING ZELA G. CLAIBORNE AS MEDIATOR PURSUANT TO 25 U.S.C. § 2710(d)(7)(B)(iv) AND REQUIRING THE PARTIES TO SUBMIT HER CURRICULUM VITAE** |

　　　On January 13, 2016, this Court ordered the parties to show cause why the Court should not require the parties to submit to mediation pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv) for having failed to conclude a compact within the statutorily set 60-day period. The parties filed a joint response on January 15, 2016, explaining that they have not concluded a compact. Accordingly, the Court must select a mediator. The parties have requested that Zela G. Claiborne be selected as mediator to carry out the responsibilities set out in § 2710(d)(7)(B)(iv)-(vii). The Court will tentatively select Ms. Claiborne as mediator pending favorable review of her curriculum vitae. The parties are ordered to submit a copy of Ms. Claiborne's curriculum vitae by January 21, 2016.

IT IS SO ORDERED.

Dated:　January 19, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1