CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Plaintiff
NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 15-cv-00419<br><br>**NOTICE OF ISSUANCE OF SECRETARIAL PROCEDURES** |

The North Fork Rancheria of Mono Indians of California ("North Fork") respectfully submits this notice to inform the Court that North Fork has received notice today, July 29, 2016, that the Department of the Interior has issued Secretarial procedures for the conduct of Class III gaming on North Fork's Indian lands.  North Fork will provide notice to the Court of any further developments.

DATED:  July 29, 2016                    Respectfully submitted,


                                         By:  /s/ Christopher E. Babbitt


                                         CHRISTOPHER E. BABBITT (SBN 225813)
                                         WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                         1875 Pennsylvania Avenue, N.W.
                                         Washington, D.C.  20006
                                         Telephone:  (202) 663-6000
                                         Facsimile:  (202) 663-6363
                                         E-mail: christopher.babbitt@wilmerhale.com

                                         JOHN A. MAIER (SBN 191416)
                                         MAIER PFEFFER KIM GEARY & COHEN LLP
                                         1440 Broadway, Suite 812
                                         Oakland, CA  94612
                                         Telephone:  (510) 835-3020
                                         Facsimile:  (510) 835-3040
                                         E-mail: jmaier@jmandmplaw.com

                                         Attorneys for Plaintiff NORTH FORK RANCHERIA
                                         OF MONO INDIANS OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 15-cv-00419<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on July 29, 2016, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Eastern District of California using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

　　　　　　　　　　　　　　　　　　　/s/ Christopher E. Babbitt

　　　　　　　　　　　　　　　　CHRISTOPHER E. BABBITT (SBN 225813)
　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　Washington, D.C.  20006
　　　　　　　　　　　　　　　　Telephone:  (202) 663-6000
　　　　　　　　　　　　　　　　Facsimile:  (202) 663-6363
　　　　　　　　　　　　　　　　E-mail: christopher.babbitt@wilmerhale.com

- 1 -
CERTIFICATE OF SERVICE