John M. Peebles (SBN 237582)
Steven J. Bloxham (SBN 96384)
Michael A. Robinson (SBN 214666)
Tim Hennessy (SBN 233595)
James Qaqundah (SBN 270700)
Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, CA 95811
Telephone:  (916) 441-2700
Facsimile:  (916) 441-2067
mrobinson@ndnlaw.com

*Attorneys for Amicus Curiae
Picayune Rancheria of Chukchansi Indians*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH FORK RANCHERIA OF MONO INDIANS OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 1:15-cv-00419-AWI-SAB<br><br>**RESPONSE OF AMICUS CURIAE PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS TO PLAINTIFF NORTH FORK RANCHERIA'S NOTICE OF ISSUANCE OF SECRETARIAL PROCEDURES**<br><br>Date:     TBA<br>Time:     TBA<br>Court:    2, 8th Floor<br>Judge:    Hon. Anthony W. Ishii |

1   On July 29, 2016, Plaintiff North Fork Rancheria of Mono Indians of California ("North
2   Fork") filed a Notice of Issuance of Secretarial Procedures (Docket No. 42).  The Notice
3   represents that on July 29, 2016, North Fork received notice "that the Department of Interior has
4   issued Secretarial procedures for the conduct of Class III gaming on North Fork's Indian lands[]"
5   which resulted from this Court's November 13, 2015, Order on Cross Motions for Judgment on
6   the Pleadings (Docket Nos. 19, 21) and its January 26, 2016, Order Confirming Selection of
7   Zelia G. Claiborne as Mediator Pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv) and Requiring the
8   Parties to Submit Their Last Best Offers for a Compact to Ms. Claiborne (Docket No. 30).

9   As indicated in Amicus Curiae Picayune Rancheria of Chukchansi Indians'
10  ("Chukchansi") July 22 Response Brief on the Issue of Whether the Court Should Impose a Stay,
11  (Docket No. 40), Chukchansi anticipated the possibility that the Secretary may take action
12  irrespective of the concerns this Court expressed in its June 27, 2016, Order Requiring Briefing
13  on Whether the Court should Stay this Action.  (Docket No. 36.)  Chukchansi notes that the
14  Secretarial Procedures issued on July 29, 2016, have no impact on the areas of concern the Court
15  identified in its June 27, 2016, Order.  The issuance of procedures does not cure Article III
16  standing issues.  Nor does the act of issuance negate the fact that at the time North Fork filed this
17  action, one of the necessary elements to an action under 25 U.S.C. § 2710(d)(7) – the lack of a
18  valid compact – was absent.

19  Most importantly, the issuance of Secretarial Procedures has no impact on this Court's
20  jurisdiction.  Thus, irrespective of the issuance of Secretarial Procedures, this Court continues to
21  have authority to fashion such orders as it believes is appropriate in managing this case,
22  including possibly staying North Fork's ability to conduct class III gaming pursuant to the
23  recently issued Secretarial Procedures as one aspect of the stay of this action that the Court is
24

RESPONSE OF AMICUS CURIAE PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS TO PLAINTIFF
NORTH FORK RANCHERIA'S NOTICE OF ISSUANCE OF SECRETARIAL PROCEDURES

considering, and which would lessen the risk of potentially inconsistent rulings and requirements relating to gaming on Madera Parcel. To be sure, if anything, the Secretary's issuance of Secretarial Procedures heightens the need to impose a stay of gaming under those procedures until the issues raised in the Court's June 27, 2016, Order, and which arise from numerous other lawsuits, has been resolved and the propriety of this Court's November 13, 2015, Order has been determined. If the Court does not impose a stay there is nothing to prevent North Fork from gaming on the Madera Parcel despite the serious question regarding whether the Madera Parcel even qualifies as "Indian lands."

Dated: August 1, 2016

Respectfully submitted,

By: /s/ *Michael A. Robinson*
Michael A. Robinson
Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, California 95811
Telephone: (916) 441-2700
Fax: (916) 441-2067
mrobinson@ndnlaw.com

Attorneys for Picayune Rancheria of Chukchansi Indians