# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**NORTH FORK RANCHERIA OF MONO INDIANS,**

CASE NO: **1:15–CV–00419–AWI–SAB**

v.

**STATE OF CALIFORNIA, ET AL.,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/10/16**

**Marianne Matherly**
Clerk of Court

ENTERED: **August 10, 2016**

by: /s/ M. Verduzco
Deputy Clerk