Sean M. Sherlock, SBN 161627
ssherlock@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:   714.427.7000
Facsimile:   714.427.7799

Attorneys for Plaintiffs
STAND UP FOR CALIFORNIA!, Randall Brannon, Madera Ministerial Association, Susan Stjerne, First Assembly of God – Madera and Dennis Sylvester

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, 7911 Logan Lane, Penryn, California 95663 | Case No. 2:16-CV-02681 WBS KJN<br>Hon. William B. Shubb, Ctrm. 14<br>Mag. Judge Kendall J. Newman, Ctrm. 15 |
| RANDALL BRANNON, 26171 Valerie Avenue, Madera, California 93638; | **NOTICE OF RELATED CASES** |
| MADERA MINISTERIAL ASSOCIATION, 17755 Road 26, Madera, California 93638; | |
| SUSAN STJERNE, 24349 Tropical Drive, Madera, California 93638; | Complaint Filed:  November 11, 2016 |
| FIRST ASSEMBLY OF GOD – MADERA, 22444 Avenue 18 ½, Madera, California 93637; and | |
| DENNIS SYLVESTER, 18355 Road 25, Madera, California 93638, | |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; | |
| SARAH MARGARET ROFFEY JEWELL, in her official capacity as Secretary, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240; | |

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

BUREAU OF INDIAN AFFAIRS, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240;

LAWRENCE ROBERTS, in his official capacity as Principal Deputy Assistant Secretary, Bureau of Indian Affairs, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240,

Defendants.

Pursuant to Local Rule 123(b), plaintiffs Stand Up For California!, Madera Ministerial Association, Rev. Randall Brannon, Rev. Dennis Sylvester, First Assembly of God-Madera, and Susan Stjerne (collectively "Plaintiffs") by and through their undersigned counsel of record, hereby submit this Notice of Related Cases.

The following cases may be related to the above-captioned case:

(1) *North Fork Rancheria of Mono Indians v. State of California*, No. 1:15-cv-00419-AWI (E.D. Cal., filed Mar. 17, 2015);

(2) *Picayune Rancheria v. U.S. Dep't of the Interior*, No. 16-cv-950-AWI (E.D. Cal., filed July 1, 2016);

(3) *Picayune Rancheria of the Chukchansi Indians v. Brown*, No. MCV072004 (Super. Ct. Madera County, filed Mar. 21, 2016);

(4) *Stand Up for California v. State of California*, No. MCV062850 (Super. Ct. Madera County, filed Mar. 27, 2013)(on appeal in California Court of Appeal Fifth District, Nos. F069302/F070327;

(5) *Stand Up for California v. U.S. Dep't of the Interior*, No. 1:12-cv-2039-BAH (D.D.C., filed Nov. 19, 2012).

Only the first two of these cases were filed in this district, and both were assigned to Judge Anthony W. Ishii.

In the first of the two cases, the North Fork Rancheria of Mono Indians of California ("North Fork") filed suit against the State of California pursuant to § 2710(d)(3)(A) of the Indian Gaming Regulatory Act ("IGRA"). *North Fork Rancheria of Mono Indians v. State of California*,

1  No. 1:15-cv-00419-AWI (E.D. Cal., filed Mar. 17, 2015). There, the North Fork asserts that the
2  gaming compact with the State of California is invalid and not in effect and that California's
3  failure to enter into negotiations with the North Fork for a new tribal-state gaming compact is in
4  bad faith. On November 13, 2015, the court entered an order in favor of the North Fork and
5  ordered the parties to conclude a compact within 60 days. When the parties failed to conclude a
6  compact within the prescribed time, the court ordered each side to submit a propose compact that
7  represented its last best offer by Feburary 5, 2016, and appointed a mediator to select one of the
8  two proposed compacts and facilitate additional procedures, as prescribed by § 2710(d)(7)(B)(iv)
9  through (vii) of IGRA. The mediator selected the North Fork's proposed compact and, since
10 California failed to consent to the selected compact with the 60-days allotted by IGRA, the
11 mediator provided notice to the U.S. Department of Interior that no agreement was reached by the
12 parties pursuant to 25 U.S.C. § 2710(d)(7)(B)(vii). On July 29, 2016, Lawrence Roberts, the
13 Principal Deputy Assistant Secretary of Indian Affairs who then held the title of "Acting
14 Assistant Secretary," issued secretarial procedures that allowed the North Fork to conduct class
15 III gaming at the Madera site. Plaintiffs challenge these secretarial procedures in the instant case.

   Approximately one month before the secretarial procedures were issued, the Picayune Rancheria ("Picayune Tribe") filed a lawsuit in the Eastern District of California, against, inter alia, the Department of the Interior. See *Picayune Rancheria v. U.S. Dep't of the Interior*, No. 16-cv-950-AWI-EPG (E.D. Cal., filed July 1, 2016). In that case, the Picayune Tribe challenges the effectiveness of the Governor's concurrence in the August 31, 2012, IGRA record of decision, the continuing validity and effect of the IGRA record of decision, and the Secretary's ability, in light of the referendum vote, to prescribe secretarial procedures to allow the North Fork to conduct class III gaming at the Madera site.

///

///

///

1    Thus, both cases before Judge Ishii are related to the instant case because they (1) involve
2 some of the same parties; (2) involve the same property, transaction, or event; and (3) involve
3 similar questions of fact and law so that assignment to the same judge is likely to effect a
4 substantial savings of judicial effort.  Local Rule 123(b).

5 Dated: November 17, 2016               SNELL & WILMER L.L.P.

6                                        By: */s/ Sean M. Sherlock*
7                                            Sean M. Sherlock
                                         **Attorneys for Plaintiffs Stand Up For
8                                        California!, Randall Brannon, Madera
                                         Ministerial Association, Susan Stjerne, First
9                                        Assembly of God – Madera, and Dennis
                                         Sylvester**